UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARELEN SMITH, et al.,

    Plaintiffs,

    v.

SHAINA MARY MANGAN, et al.,

    Defendants.
_____/

No. C09-5010 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on April 13, 2010, at 10:00 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management statement if there are any updates to the parties' February 11, 2010 statement. Any update shall be filed no later than April 6, 2010.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated: April 1, 2010

                                                            _____
                                                            ELIZABETH D. LAPORTE
                                                           United States Magistrate Judge