**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLEN SMITH and SHERI SMITH

      Plaintiffs,

      v.

SHAINA MARY MANGON, et al.

      Defendants.

_____/

No. C 09-05010-EDL

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      Pursuant to the parties' stipulated request, the Case Management Conference currently set for April 13, 2010 is continued to April 20, 2010.

**IT IS SO ORDERED.**

Dated: April 6, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge