SETH I. ROSENBERG, ESQ. [SBN 215135]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

Attorney for Plaintiffs, Arlen Smith and Sherry Smith

JEFFERY G. BAIREY, ESQ. [SBN 111271]
ALISON YEW, ESQ. [173158]
Lewis Brisbois Bisgaard & Smith, LLP
1 Sansome Street, 14th Floor
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants Shaina Mary Mangan
(erroneously sued as Shaina Mary Maongon) and
Swift Transportation Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN SMITH AND SHERRY SMITH, | CASE NO. 3:09-cv-05010 **EDL** |
| Plaintiffs, | Case Assigned to the Honorable Elizabeth D. Laporte |
| vs. | [PROPOSED] **ORDER TO CONTINUE TRIAL AND AMEND THE PRE-TRIAL SCHEDULE PER STIPULATION OF PARTIES AS MODIFIED** |
| SHAINA MARY MANGON, SWIFT LEASING COMPANY, AND DOES 1 TO 30 | |
| Defendants. | New Trial Date: 8/8/2011 |

This court has received the parties' joint submission of a stipulation to continue the trial in this case, currently scheduled for April 4, 2011, to August 8, 2011, and to amend the pretrial schedule currently set pursuant to this court's April 20, 2010, order (Document 33), to the following schedule:

| | |
|---|---|
| Discovery cut-off: | June 10, 2011 |
| Initial expert disclosure deadline: | May 16, 2011 |
| Rebuttal expert disclosure deadline: | May 30, 2011 |

4825-4172-9800.1

| | | |
|---|---|---|
| 1 | Expert discovery cut-off: | July 1, 2011 |
| 2 | Dispositive motion filing deadline: | April ~~22~~ 19, 2011 |
| 3 | Dispositive motions hearing deadline: | May ~~27~~ 24, 2011 |
| 4 | Pretrial conference: | July ~~12~~ 19, 2011 |

The court has considered the parties' request and the circumstances surrounding this request, and good case appearing, the court hereby orders as stipulated by the parties. The current trial date of April 4, 2011, is vacated.

**IT IS SO ORDERED.**

Dated: January 25, 2011

*Elijah D. Laporte*
Judge, Northern District Court of California

4825-4172-9800.1