**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLEN SMITH and SHERI SMITH

      Plaintiffs,

      v.

SHAINA MARY MANGON, et al.

      Defendants.

_____/

No. C 09-05010-EDL

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

      The parties are hereby notified that a Further Case Management Conference will be held on June 21, 2011 at 3:00 p.m.  On or before June 14, 2011, the parties shall file a Joint Case Management Statement updating the Court on the status of this case.  If the case settles prior to this date, the parties shall promptly notify the Court of settlement.

**IT IS SO ORDERED.**

Dated: June _3_, 2011

                        *Elizabeth D. Laporte*

                _____
                ELIZABETH D. LAPORTE
                United States Magistrate Judge