United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SMITH ET AL**

       Plaintiff(s),                               No. C-**09-05010** EDL

       v.                                         **ORDER OF CONDITIONAL DISMISSAL**

**MANGAN ET AL**

       Defendants.

_____/

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before August 15, 2011 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 15, 2011

                                                    _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge